# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:  IntraMTA Switched Access Charges Litigation** | )<br>)<br>)<br>)<br>)<br>) | Case No. 3:14-cv-04422<br><br>(Transferred from E.D. North Carolina Case No. 7:14-cv-00188) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, on behalf of Defendants Carolina Telephone and Telegraph Company LLC, United Telephone Company of the Carolinas LLC, Mebtel, Inc. and Central Telephone Company, that are parties in this Multidistrict Proceeding (collectively "CenturyLink"), the following attorneys enter their appearance as attorneys of record:

**Douglas P. Lobel** and **David A. Vogel** of Cooley LLP, One Freedom Square, Reston Town Center, 11951 Freedom Drive, Reston, Virginia 20190 (lead counsel).

**Michael P. Lynn** and **Christopher J. Akin** of Lynn Tillotson Pinker & Cox, L.L.P., 2100 Ross Avenue, Suite 2700, Dallas, Texas 75201.

Date:  January 8, 2015

Respectfully submitted,

*/s/ Douglas P. Lobel*
Douglas P. Lobel
  District of Columbia Bar No. 395508
**COOLEY LLP**
One Freedom Square | Reston Town Center
11951 Freedom Dr.
Reston, Virginia  20190
Telephone: (703) 456-8000
Facsimile:  (703) 456-8100
dlobel@cooley.com

-2-

*/s/ David A. Vogel*
David A. Vogel
  Virginia Bar No. 48971
**COOLEY LLP**
One Freedom Square | Reston Town Center
11951 Freedom Dr.
Reston, Virginia  20190
Telephone: (703) 456-8000
Facsimile:  (703) 456-8100
dvogel@cooley.com

*/s/ Michael P. Lynn, P.C.*
Michael P. Lynn, P.C.
  Texas Bar No. 12738500
**LYNN TILLOTSON PINKER & COX, L.L.P.**
2100 Ross Avenue, Suite 2700
Dallas, Texas  75201
Telephone: (214) 981-3800
Facsimile:  (214) 981-3839
mlynn@lynnllp.com

*/s/ Christopher J. Akin*
Christopher J. Akin
  Texas Bar No. 00793237
**LYNN TILLOTSON PINKER & COX, L.L.P.**
2100 Ross Avenue, Suite 2700
Dallas, Texas  75201
Telephone: (214) 981-3800
Facsimile:  (214) 981-3839
cakin@lynnllp.com

**ATTORNEYS FOR DEFENDANTS CAROLINA TELEPHONE AND TELEGRAPH COMPANY LLC, UNITED TELEPHONE COMPANY OF THE CAROLINAS LLC, MEBTEL, INC. and CENTRAL TELEPHONE COMPANY**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on counsel of record via *ECF* on January 8, 2015.

                                            */s/ Douglas P. Lobel*
                                            Douglas P. Lobel

113043446 v1